UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

Bankruptcy Petition#: 17-13016 MSH

MARIA R. SANTOS

    Debtor

Chapter 13

Case No. 17-13016 MSH

DEBTOR'S RESPONSE TO THE MOITION TO DISMISS BY THE CHAPTER 13 TRUSTEE

To the Honorable Melvin S. Hoffman:

NOW COMES THE DEBTOR, AND, BY AND THROUGH HIS ATTORNEY, RESPECTFULLY RESPONDS THE MOTION TO DISMISS BY THE CHAPTER 13 TRUSTEE AS FOLLOWS:

1. The Debtor admits the allegations contained in paragraph one of the above named Motion.
2. The Debtor admits the allegations contained in paragraph two of the above named Motion.
3. Debtor admits the allegations contained in paragraph three of the above named Motion.
4. The Debtor can neither confirm nor deny the allegations contained in paragraph four of the above named Motion.
5. The Debtor admits the allegations contained in paragraph five of the above named Motion.

WHEREFORE; THE DEBTOR RESPECTFULLY RESPOINDS TO THE ABIVE NAMED MOTION BY STATING THAT SHE HAS NO OBJECTION TO HER CASE BEING DISMISED AT THIS TIME

OR FOR ANY AND THER SUCH RELIEF THAT THIS HONORABLE COURT DEEMS MEET AND JUST

DATED: SEPTEMBER 5, 2018

                                                          Debtor, Maria R. Santos

                                                          By and through her attorney

/s/ Robert K. Cabana

---

Robert K. Cabana Esq. BBO 641885

1354 Hancock St., Suite 206

Quincy, MA 02169

617-405-4283

E-mail: Rkc6068@aol.com

**United States Bankruptcy Court**
**District of Massachusetts (Boston)**

In Re:                                              Chapter 13

    Maria R. Santos

        Debtor                                  Case No. **17-13016 MSH**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document: DEBTOR'S RESPONSE TO THE MOTION TO DISMISS BY THE CHAPTER 13 TRUSTEE by first class mail postage prepaid or electronic means, the FIFTH DAY of SEPTEMBERi n the year 2018 on the following creditors persons in interest:

*Assistant U.S. Trustee*
**John Fitzgerald**
Office of the US
Trustee
J.W. McCormack Post
Office & Courthouse
5 Post Office Sq., 10th
Fl, Suite 1000
Boston, MA 02109

*Trustee*
**Carolyn Bankowski-13-12**
Chapter 13-12 Trustee
Boston

P. O. Box 8250
Boston, MA 02114

Deutsche Bank National Trust Company,
as Trustee for J.P. Morgan Mortgage Acquisition
Trust 2007-CH5,
Asset Backed Pass-Through Certificates, Series
2007-CH5 (Creditor)
Richard T. Mulligan Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0345
mabk@harmonlaw.com

Joshua Ryan-Polczinski Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461
mabk@harmonlaw.com

Wells Fargo Bank, N.A. (Creditor)
Tatyana Tabachnick
Orlans PC
PO Box 540540
Waltham, MA
Wsbabin@orlans.com

DATED: September 5, 2018

For the Debtor

Maria R. Santos

By and through her attorney

/s/Robert K. Cabana

_____

Robert K. Cabana

BBO 641885

1354 Hancock St., Suite 206

Quincy, MA 02169

617-405-4283

617-773-8994