*[Margin note, left side: Signature of Melvin S. Hoffman; "09/05/2018 Moot. The case has been dismissed. The hearing scheduled for 9/13/18 is cancelled."]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Maria R. Santos,<br>Debtor. | |
| Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset Backed Pass-Through Certificates, Series 2007-CH5,<br><br>VS.<br><br>Maria R. Santos, dba S&S Temporary Work Services, Inc. | CHAPTER 13<br>CASE NO. 17-13016-MSH |

## MOTION FOR RELIEF FROM STAY

To the Honorable Melvin S. Hoffman:

Select Portfolio Servicing Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset Backed Pass-Through Certificates, Series 2007-CH5, your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and any applicable Co-debtor Stay imposed by 11 U.S.C. §1301 and respectfully represents:

Select Portfolio Servicing Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset Backed Pass-Through Certificates, Series 2007-CH5, is the entity that has the right to foreclose by virtue of being the owner and holder of the note.

1. The movant has a mailing address of 3217 So. Decker Lake Dr. Salt Lake City UT 84119.

2. The debtor has a mailing address of 122 Battles St, Brockton, MA 02301.

3. On August 14, 2017, the debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts. The bankruptcy case was converted to Chapter 7 on September 14, 2017. The bankruptcy case was converted to Chapter 13 on October 19, 2017.



1